Milo Steven Marsden (#4879)
Kristen Olsen (#15214)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, Utah 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: marsden.steve@dorsey.com
           olsen.kristen@dorsey.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ANTHONY THOMPSON and OTC SOLUTIONS, LLC,<br><br>    Plaintiff,<br>v.<br><br>DAVID REES, CHASE CHANDLER, and VINCENT & REES<br><br>    Defendants. | Case No. 2:16-cv-00074-DAK<br><br>The Honorable Judge Dale A. Kimball |

## DEFENDANTS' APPENDIX RE: MOTION FOR SUMMARY JUDGMENT

| | Document | Date | Docket Number | Apx. Page Number |
|---|---|---|---|---|
| 1 | SEC Complaint, *SEC v. Recycle Tech et al.,* Civ. No. 12-cv-21656-JAL | September 4, 2012 | SEC[1] 1 | 1 |
| 2 | Second SEC Complaint, *SEC v. Anthony J. Thompson Jr. et al.,* Civil No. 14-cv-09126 | November 11, 2014 | Second SEC[2] 1 | 40 |
| 3 | New York County Indictment No. 03583/2014, Anthony Thompson Indictment | December 30, 2014 | N/A | 70 |
| 4 | Deposition Transcript of Anthony Thompson, 2011 | February 10, 2011 | SEC 151-53 | 128 |
| 5 | Newsletter | December 10, 2013 | SEC 151-62 | 136 |
| 6 | Newsletter | December 10, 2013 | SEC 151-63 | 139 |
| 7 | Newsletter | December 10, 2013 | SEC 151-64 | 142 |
| 8 | Newsletter | December 10, 2013 | SEC 151-65 | 145 |
| 9 | Newsletter | December 10, 2013 | SEC 151-66 | 148 |
| 10 | Newsletter | December 10, 2013 | SEC 151-67 | 151 |
| 11 | Newsletter | December 10, 2013 | SEC 151-71 | 154 |
| 12 | Newsletter | December 10, 2013 | SEC 151-72 | 158 |
| 13 | Newsletter | December 10, 2013 | SEC 151-73 | 163 |
| 14 | Newsletter | December 10, 2013 | SEC 151-74 | 168 |
| 15 | Newsletter | December 10, 2013 | SEC 151-75 | 172 |

---

[1] SEC Docket Numbers refer to documents filed in *SEC v. Recycle Tech et al.*, Civ. No. 12-cv-21656-JAL.
[2] Second SEC Docket Numbers refer to documents filed in *SEC v. Anthony J. Thompson, Jr. et al.*, Civil No. 14-cv-09126.

| | Document | Date | Docket Number | Apx. Page Number |
|---|---|---|---|---|
| 16 | Newsletter | December 10, 2013 | SEC 151-76 | 177 |
| 17 | Newsletter | December 10, 2013 | SEC 151-77 | 181 |
| 18 | Defendant OTC Solutions, LLC's Answers to Plaintiff's Second Set of Interrogatories | December 10, 2013 | SEC 151-37 | 185 |
| 19 | Email Correspondence between A. Thompson & A. Nguyen | December 10, 2013 | SEC 151-79 | 196 |
| 20 | OTC Solutions Statement of Account | December 10, 2013 | SEC 151-70 | 198 |
| 21 | Deposition of A. Thompson, Vol. I (Oct. 15, 2013) | December 10, 2013 | SEC 151-34 | 205 |
| 22 | Final Judgment as to Defendant David Rees | May 4, 2012 | SEC 9 | 218 |
| 23 | Defendants Anthony Thompson's & OTC Solutions' Motion to Dismiss Plaintiff's Amended Complaint with Supporting Memorandum of Law | September 4, 2012 | SEC 55 | 223 |
| 24 | Order Adopting Joint Scheduling Report, Setting Pretrial Conference & Trial, Establishing Pretrial Deadlines, and Establishing Pretrial & Trial Procedures | January 15, 2013 | SEC 97 | 241 |
| 25 | Defendants Anthony Thompson's & Jay Fung's Unopposed Motion to Extend Time | August 23, 2013 | SEC 113 | 251 |
| 26 | Order Granting in Part and Denying in Part Defendants' Motions to Dismiss | October 11, 2013 | SEC 116 | 255 |

| | Document | Date | Docket Number | Apx. Page Number |
|---|---|---|---|---|
| 27 | Fung, Pudong LLC Motion for Extension of Time | September 30, 2013 | SEC 118 | 280 |
| 28 | Thompson & OTC Solutions Motion to Join Motion for Extension of Time | September 30, 2013 | SEC 119 | 285 |
| 29 | Order Granting Motion for Extension of Time | September 30, 2013 | SEC 120 | 288 |
| 30 | SEC Motion for Summary Judgment | December 9, 2013 | SEC 150 | 290 |
| 31 | OTC Solutions Motion for Summary Judgment | December 9, 2013 | SEC 147 | 318 |
| 32 | Thompson Motion for Summary Judgment | December 9, 2013 | SEC 148 | 331 |
| 33 | Plaintiff's Unopposed Motion for a 60-Day Stay | January 13, 2014 | SEC 159 | 362 |
| 34 | Motion for Entry of Consent Judgments, SEC Recycle Tech Action | February 12, 2014 | SEC 167-3 | 364 |
| 35 | Order Granting in Part and Denying in Part Defendants' Motions to Dismiss | December 26, 2013 | SEC 116 | 367 |

| | **Document** | **Date** | **Court Docket Number** | **Apx. Page Number** |
|---|---|---|---|---|
| 36 | Final Judgment of Permanent Injunction and Other Relief as to Defendant Anthony Thompson | February 14, 2014 | SEC 171 | 392 |
| 37 | Final Judgment of Permanent Injunction and Other Relief as to Defendant OTC Solutions LLC | February 14, 2014 | SEC 167-1 | 400 |
| 38 | *People v. Thompson,* Decision & Order | May 17, 2016 | N/A | 407 |
| 39 | Defendants' First Requests for Production of Documents | November 30, 2016 | N/A | 458 |
| 40 | Plaintiffs' Rule 26 Initial Disclosures | June 6, 2016 | N/A | 463 |
| 41 | Letters to Judge Katherine B. Forrest Regarding Stay of Second SEC Action | May 31, 2017, June 1, 2017 | Second SEC 66, 67 | 467 |
| 42 | SEC Amended Complaint, *SEC v. Recycle Tech et al.,* Civ. No. 12-cv-21656-JAL | August 17, 2012 | SEC 46 | 469 |
| 43 | Consent of Defendant Anthony Thompson to Final Judgment of Permanent Injunction and Other Relief | February 12, 2014 | SEC 167-3 | 499 |
| 44 | Consent of Defendant David Rees to Entry of Final Judgment | May 3, 2012 | SEC 6-1 | 507 |

5

DATED this 8th day of August, 2017.

                                      **DORSEY & WHITNEY LLP**

                                      */s/ Milo Steven Marsden*
                                      Milo Steven Marsden
                                      Kristen Olsen
                                      *Attorneys for Defendants*