Mark L. Smith, Esq. (Bar No. 11367)
SMITH CORRELL
124 West 1400 South, Suite 204
Salt Lake City, UT 84115
(801) 436-5550
msmith@smithcorrell.com

Maranda E. Fritz (*pro hac vice*)
THOMPSON HINE LLP
335 Madison Ave., 12th Floor
New York, NY 10017
(212) 344-5680
Maranda.Fritz@thompsonhine.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ANTHONY THOMPSON and OTC SOLUTIONS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID REES, CHASE CHANDLER and VINCENT & REES<br><br>Defendants. | Civil Action No.: 2:16-cv-00074-DAK<br><br>**STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE** |

    **WHEREAS,** Plaintiffs Anthony Thompson and OTC Solutions, LLC (Plaintiffs") commenced this action seeking damages from Defendants David Rees, Chase Chandler and Vincent & Rees ("Defendants");

    **WHEREAS,** each of the above-referenced parties have appeared in this action and are not currently in default; and

    **WHEREAS**, Plaintiffs and Defendants have agreed to settle this action without resorting to further litigation or trial.

1

**NOW WHEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for Plaintiffs and Defendants, whereas no person not a party has an interest in the subject matter of this action, that this action is hereby discontinued with prejudice and without costs and/or fees to any part as against the others pursuant to Federal Rule of Civil Procedure 41.

October 25, 2017

    /s/ Mark L. Smith
    Mark L. Smith
    SMITH CORRELL
    124 West 1400 South, Suite 204
    Salt Lake City, UT 84115
    (801) 436-5550
    msmith@smithcorrell.com
    *Attorneys for Plaintiffs Anthony Thompson and OTC Solutions LLC*

    /s/ Milo S. Marsden
    Milo S. Marsden
    DORSEY & WHITNEY LLP
    111 South Main Street, 21st Floor
    Salt Lake City, UT 84111
    (801) 933-7360
    marsden.steve@dorsey.com
    *Attorneys for Defendants David Rees, Chase Chandler and Vincent & Rees*
    *(Signed by Filing Attorney with permission of Defendants' Attorney)*
    /s/ Mark L. Smith